**EL–SHIFA PHARMACEUTICAL IN-DUSTRIES COMPANY and Salah El Din Ahmed Mohammed Idris, Appellants**

v.

**UNITED STATES of America, Appellee.**

**No. 07–514.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 3, 2009.

BEFORE: SENTELLE, Chief Judge, and GINSBURG, HENDERSON, ROGERS, TATEL, GARLAND, BROWN, GRIFFITH, and KAVANAUGH, Circuit Judges.

***ORDER***

PER CURIAM.

Upon consideration of appellants' petition for rehearing en banc, the response thereto, and the vote in favor of the petition by a majority of the judges eligible to participate, it is

**ORDERED** that the petition be granted. The case will be reheard by the court sitting en banc. It is

**FURTHER ORDERED** that the court's March 27, 2009, 559 F.3d 578, judgment be vacated. It is

**FURTHER ORDERED** that oral argument before the en banc court will be heard at 9:30 a.m. on Wednesday, December 16, 2009. It is

**FURTHER ORDERED** that the parties submit 20 copies each of briefs and the appendix in accordance with the following schedule:

| | |
|---|---|
| Brief for Appellants | September 21, 2009 |
| Appendix | September 21, 2009 |
| Brief for Appellee | October 21, 2009 |
| Reply Brief for Appellant | November 4, 2009 |

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. *See* D.C.Cir. Rule 28(a)(8).